CHARLES FRANKLIN, Appellant, *v.* THEODORE S. WATSON et al., Respondents.

CHARLES FRANKLIN, Appellant, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

CHARLES FRANKLIN, Appellant, *v.* ALTA R. PRENTICE, Respondent.

Submitted July 2, 1947; decided July 2, 1947.

*John S. Chapman, Jr., Eugene T. O'Neill, Valentine A. Meehan, Leo D. Fitzgerald* and *A. Donald MacKinnon* for motions.

*John B. Doyle, Frederic A. Johnson* and *Charles Franklin* opposed.

Motions granted and appeals dismissed, with costs and $10 costs of motions, on the ground that no substantial constitutional question is involved.